# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# AT ALEXANDRIA

| | |
|---|---|
| In re: <br><br> Meskelu W Gebermariam, <br><br> Debtor. | Bankruptcy No. 07-11355 |
| FIA Card Services, N.A., <br><br> Plaintiff, <br><br> v. <br><br> Meskelu W Gebermariam, <br><br> Defendant | ADV. NO. 07-01112 <br><br> **JUDGMENT** <br> (Default) |

## MEMORANDUM OPINION

This case is before the court on the motion of FIA Card Services, N.A. for a default judgment. The affidavit of debt submitted in support of the motion shows four charges: $251.01, $288.00, $3,225.00 and $2,052.39 which total $5,816.40. The requested amount of $6,072.00 is not supported by the affidavit. Judgment will be granted in the lesser amount.

Alexandria, Virginia
February 25, 2008

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copies to:
Meskelu W Gebermariam
Warren Schoetzau
Lisa M. Shank